**Opinion issued December 10, 2013**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-13-00709-CV

———————————

**MARTIN'S HOME ROOFING COMPANY, LLC, Appellant**

**V.**

**SCHULTE BUILDING SYSTEMS, INC., Appellee**

---

**On Appeal from the 125th District Court**
**Harris County, Texas**
**Trial Court Case No. 2012-72375**

---

## MEMORANDUM OPINION

Appellant, Martin's Home Roofing Company, LLC, has filed a "Notice of Withdrawal of Appeal" stating that appellant withdraws its appeal, and the parties have resolved the dispute between them and will pay their own costs. Appellee,

Schulte Building Systems, Inc., has approved the notice. We construe the notice as a motion to dismiss the appeal. *See* TEX. R. APP. P. 42.1(a). No opinion has issued. *See* TEX. R. APP. P. 42.1(c).

Accordingly, we grant the motion and dismiss the appeal, with costs taxed against the party incurring same. All other pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Justices Jennings, Sharp, and Brown.